IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Patricia A. Six,

    Plaintiff,

  v.                      Case No. 2:18-cv-1639

Commissioner of
Social Security,

    Defendant.

ORDER

This matter is before the court for consideration of the February 14, 2020, report and recommendation of the United States magistrate judge to whom this case was referred pursuant to 28 U.S.C. §636(b). The magistrate judge concluded that the administrative law judge erred by failing to consider certain impairments in formulating the plaintiff's residual functional capacity. The magistrate judge recommended that this case be remanded to the Commissioner pursuant to 42 U.S.C.§405(g), sentence four, for further development and clarification of the effect of these impairments on plaintiff's ability to work.

The report and recommendation specifically advised the parties that failure to object to the report and recommendation within fourteen days of the report "will result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." Doc. 19, p. 18. The time period for filing objections to the report and recommendation has expired, and no party has objected to the report and recommendation.

The court adopts the report and recommendation of the

magistrate judge (Doc. 19). The decision of the Commissioner is reversed, and this case is remanded to the Commissioner under §405, sentence four, for further administrative proceedings, as discussed in the report and recommendation. The clerk shall enter judgment reversing the Commissioner's decision and remanding this case to the Commissioner for further proceedings.

Date: March 2, 2020         s/James L. Graham
                            James L. Graham
                            United States District Judge